# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URBAN FITZ INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC EMPLOYERS INSURANCE COMPANY, a Pennsylvania corporation, dba CHUBB; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:24−CV−07532 PA (AJRx)<br>[Assigned to Hon. Percy Anderson]<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE**<br><br>Complaint Filed: August 13, 2024<br>Removed:         September 4, 2024<br>Trial Date:         Vacated |

475114                                                    1                    Case No. 2:24−CV−07532 PA (AJRx)

**PROPOSED ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE**

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, URBAN
2  FITZ INC., and Defendant, PACIFIC EMPLOYERS INSURANCE COMPANY,
3
4  jointly moved to dismiss this action *with prejudice*. The motion is **GRANTED**. This
5  matter is dismissed with prejudice. Each party shall bear its own attorney's fees and
6  costs.
7
8  **IT IS SO ORDERED.**
9
10 Dated: April 01, 2025
11                                              _____
                                                PERCY ANDERSON
                                                United States District Judge